LAWRENCE BOWE, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Submitted February 11, 1881; decided March 1, 1881.)

DECIDED on the facts.

*William F. Howe* for plaintiff in error.

*Daniel G. Rollins* for defendant in error.

All concur; except RAPALLO, J., absent.
Judgment affirmed.

---

DAVID GOLDEN, Appellant and Respondent; THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, and DANIEL KELLY, Appellant.

WILLIAM J. KENNEDY, Appellant and Respondent, *v.* THE SAME, Respondent, and RICHARD M. COLLARD, Appellant and Respondent.

JOHN O'BRIEN, Appellant, *v.* THE SAME, Respondent, and WILLIAM CLANCEY, Appellant.

(Argued February 7, 1881; decided March 8, 1881.)

*D. J. Dean* for appellant the mayor, etc.

*Elliot Sandford* for appellant Commisky.

*Nelson J. Waterbury* for plaintiffs, appellants and respondent.

Agree to affirm on opinion in *Fagan* v. *The Mayor* (*ante,* p. 348).

All concur, except RAPALLO, J., absent.
Judgment affirmed.